AMY L. LABSHERE ET AL. *v.* NORTH CANAAN APARTMENTS ASSOCIATES LIMITED PARTNERSHIP
(8629)

DALY, NORCOTT and LAVERY, Js.

Argued February 13—decision released March 5, 1991

*Robert L. Fisher, Jr.,* for the appellants (plaintiffs).

*Mark V. Connolly,* with whom, on the brief, was *Susan A. Quinn,* for the appellee (defendant).

PER CURIAM. The judgment is affirmed.